ACCEPTED
03-14-00535-CV
3969749
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 3:14:43 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00535-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/30/2015 3:14:43 PM
JEFFREY D. KYLE
Clerk

**DAVID YOUNG,** *APPELLANT*

*v.*

**TRAILS END HOMEOWNERS ASSOCIATION, INC.; TLS PROPERTIES, LTD.; TLS OPERATING COMPANY, LLC; VAN KEENE; AND RICK DURAPAU**, *APPELLEES*

APPEAL FROM CAUSE NO. D-1-GN-10-003864
200TH DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. GISELA D. TRIANA

## EMERGENCY MOTION FOR EXTENSION OF TIME

Stephen Casey
Texas Bar No. 24065015

CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098
stephen@caseylawoffice.us

*Counsel for Appellant*
*David Young*

**ORAL
ARGUMENT
REQUESTED**

1

## Grounds

1. Appellant requests and extension of time to file Appellant's brief under Texas Rule of Appellate Procedure 10.5.

2. The deadline for the brief is February 2, 2015.

3. On January 30, 2015, Counsel was contacted for an emergency end-of-life case of a 12-year-old child on life support, who is in dire need of help. Counsel will need two weeks to work on this case, from the restraining order through temporary injunctive relief.

4. Due to the time it will take to work on the right-to-life case, an extension is requested for 30 days. The brief would now be due on March 4, 2015.

5. No response from the opposing counsels regarding Emergency Motion for Extension of Time. Has been received due to the quick response needed.

6. This is the second request for an extension.

## Prayer

Appellant prays this Court grant this extension.

> Stephen Casey
> Texas Bar No. 24065015
>
> Casey Law Office, P.C.
> 595 Round Rock West Drive
> Suite 102
> Round Rock, Texas 78681
> Telephone: 512-257-1324
> Fax: 512-853-4098
> stephen@caseylawoffice.us

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 30, 2015, I contacted the opposing counsels on Emergency Motion for Extension of Time. As of this time I have not received any responses from opposing counsels.

/s/ Stephen Casey

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was served upon counsels for Appellees on Friday, January 30, 2015, via electronic transmission:

Christopher R. Mugica
Jackson Walker LLP
1000 Congress Avenue, Suite 1100
Austin, TX 78701-4042


Jonathan Quick
720 Brazos St., Ste. 700
Austin, TX 78701-2974

Jonathan Quick
720 Brazos St., Ste. 700
Austin, TX 78701-2974

/s/ Stephen Casey

3